UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAIME MISAEL RAMIREZ AMBROSIO, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-00514-JPH-MG |
| KRISTI NOEM, *et al.*, | ) ) ) |
| Respondents. | ) |

**ORDER TO FILE AMENDED PETITION**

This habeas corpus action began in a different District with multiple petitioners. Dkt. 1. There is now one petitioner, and the action has changed venues.

The petitioner will have **seven days** to file an amended petition. *See* dkt. 25 ¶ 6 ("If this Court retains jurisdiction over this case, Petitioner will promptly file an amended petition."). The Court will issue additional orders as necessary after the amended petition is filed.

**SO ORDERED.**

Date: 10/29/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jess Hunter-Bowman
NATIONAL IMMIGRANT JUSTICE CENTER
jbowman@immigrantjustice.org

Craig Arthur Oswald
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Joshua Samuel Press
DOJ-USAO
Joshua.press@usdoj.gov

Charles Roth
National Immigrant Justice Center
111 West Jackson Blvd
Suite 800
Chicago, IL 60604

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

Keren Hart Zwick
National Immigrant Justice Center
kzwick@immigrantjustice.org