UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAIME MISAEL RAMIREZ AMBROSIO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, *et al.*, ) <br> ) <br> Respondents. ) | No. 2:25-cv-00514-JPH-MG |

**FINAL JUDGMENT**

The Court has ordered that the amended petition for a writ of habeas corpus be **granted in part** and **denied in part**. The Court now enters **FINAL JUDGMENT**.

Date: 11/19/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jess Hunter-Bowman
NATIONAL IMMIGRANT JUSTICE CENTER
jbowman@immigrantjustice.org

Craig Arthur Oswald
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Joshua Samuel Press
DOJ-USAO
Joshua.press@usdoj.gov

Charles Roth
National Immigrant Justice Center
111 West Jackson Blvd
Suite 800
Chicago, IL 60604

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

Keren Hart Zwick
National Immigrant Justice Center
kzwick@immigrantjustice.org