UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAIME MISAEL RAMIREZ AMBROCIO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, et al., ) <br> ) <br> Respondents. ) | No. 2:25-cv-00514-JPH-MG |

**AMENDED FINAL JUDGMENT**

The Court has granted the petition for a writ of habeas corpus to the extent that respondents have **through 12:00 p.m. on November 21, 2025**, to either: (a) certify that Mr. Ramirez Ambrocio has been released from custody; or (b) supplement the record with evidence that an immigration officer has (i) considered whether the statements submitted by Mr. Ramirez Ambrocio's counsel warrant reconsideration of the determination to reinstate the removal order counsel, as required by 8 C.F.R. § 241.8(b); and (ii) determined that Mr. Ramirez Ambrocio is subject to removal through reinstatement of the prior order, as required by the Form I-871. The Court now enters final judgment.

Date: 1/22/2026

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Electronically Registered Counsel